83 P.3d 771

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Rita | 24593 | 01/14/2004 | Affirmed |
| State v. Araujo | 25264 | 01/14/2004 | Affirmed |
| State v. Yi | 24803 | 01/20/2004 | Affirmed in part and vacated in part |
| State v. Stanley | 24912 | 01/21/2004 | Reversed/Affirmed in part |
| Lochland Holdings LLC v. Brindley | 24171 | 01/22/2004 | Vacated and remanded |
| Doe v. Doe | 25244 | 01/23/2004 | Affirmed and vacated in part |
| State v. Jim | 25306 | 01/27/2004 | Affirmed |
| Sales v. Manning | 25303 | 01/28/2004 | Vacated and remanded |
| State v. Ogimachi | 25023 | 01/29/2004 | Affirmed |